UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| JESSE WYNN,<br><br>          Plaintiff,<br><br>     v.<br><br>R. ESCARCEGA, et al.,<br><br>          Defendants. | Case No. 1:21-cv-00202-JLT (PC)<br><br>**ORDER TO SUBMIT APPLICATION TO PROCEED *IN FORMA PAUPERIS* OR PAY FILING FEE**<br><br>45-DAY DEADLINE |

Plaintiff has not paid the $402 filing fee for this action or applied to proceed *in forma pauperis* pursuant to 28 U.S.C. § 1915. Accordingly, **within 45 days** of the date of service of this order, Plaintiff SHALL submit the attached application to proceed *in forma pauperis*, completed and signed, or, in the alternative, pay the $402 filing fee. No requests for an extension of time will be granted without a showing of good cause. **Failure to comply with this order will result in dismissal of this action.**

IT IS SO ORDERED.

     Dated:   **February 19, 2021**              **/s/ Jennifer L. Thurston**
                                                 UNITED STATES MAGISTRATE JUDGE