1

2

3

4

5

6

7

8

UNITED STATES DISTRICT COURT

9

EASTERN DISTRICT OF CALIFORNIA

10

11

JESSE MICHEL WYNN,

Case No. 1:21-cv-00202-AWI-JLT (PC)

12

Plaintiff,

**ORDER TO SHOW CAUSE WHY ACTION SHOULD NOT BE DISMISSED FOR FAILURE TO EXHAUST**

13

v.

14

R. ESCARCEGA, et al.,

21-DAY DEADLINE

15

Defendants.

16

17        Jesse Michel Wynn alleges correctional officers at California Correctional Institution

18   subjected him to excessive force. (Doc. 1.) In his complaint, Plaintiff indicates that he has not yet

19   completed the administrative grievance process and that his grievance concerning the subject

20   incident "is being reviewed." (*Id.* at 2.)

21        The Prison Litigation Reform Act provides that "[n]o action shall be brought with respect

22   to prison conditions under . . . any other Federal law . . . by a prisoner confined in any jail, prison,

23   or other correctional facility until such administrative remedies as are available are exhausted."

24   42 U.S.C. § 1997e(a). Exhaustion of administrative remedies is mandatory and "unexhausted

25   claims cannot be brought in court." *Jones v. Bock*, 549 U.S. 199, 211 (citation omitted). The

26   exhaustion requirement applies to all inmate suits relating to prison life, *Porter v. Nussle*, 534

27   U.S. 516, 532 (2002), regardless of the relief sought by the prisoner or offered by the

28   administrative process, *Booth v. Churner*, 532 U.S. 731, 741 (2001). Inmates are required to

"complete the administrative review process in accordance with the applicable procedural rules, including deadlines, as a precondition to bringing suit in federal court." *Woodford v. Ngo*, 548 U.S. 81, 88, 93 (2006). Generally, failure to exhaust is an affirmative defense that the defendant must plead and prove. *Jones*, 549 U.S. at 204, 216. However, courts may dismiss a claim if failure to exhaust is clear on the face of the complaint. *See Albino v. Baca*, 747 F.3d 1162, 1166 (9th Cir. 2014).

It is clear on the face of his complaint that Plaintiff failed to exhaust administrative remedies prior to filing suit. Accordingly, **within 21 days** of the date of service of this order, Plaintiff SHALL show cause in writing why this action should not be dismissed for his failure to exhaust. Alternatively, Plaintiff may file a notice of voluntary dismissal. Failure to comply with this order will result in a recommendation that this action be dismissed.

IT IS SO ORDERED.

Dated:   __June 9, 2021__                _____  /s/ Jennifer L. Thurston__
                                         CHIEF UNITED STATES MAGISTRATE JUDGE

2